GENERAL SECURITIES CORPORATION, Appellant, v. M. D. MIRSKY & Co., INC., and Others, Respondents.— Appeal withdrawn without costs, upon stipulation of the parties. Order signed. Young, Kapper, Hagarty, Seeger and Carswell, JJ., concur.

· ABE GINSBURG and Another, Respondents, v. JACOB L. ANDRON and Another, Appellants.— Judgment unanimously affirmed, with costs. The restrictive covenant constitutes an incumbrance which justified the vendees in rejecting the title. (*Bull* v. *Burton*, 227 N. Y. 101; *Kimball Co.* v. *Fox*, 120 Misc. 701; affd., 209 App. Div. 812; affd., 239 N. Y. 554; *Isaacs* v. *Schmuck*, 245 id. 77.)   All other claims stated by the respondents upon the closing of the title as grounds of rejection seem to us to be insufficient, and we, therefore, reverse the findings and conclusions of law to such effect, and find appellants' requests to find and conclusions of law in conformity with this view.   Present — Kapper, Rich, Hagarty, Seeger and Carswell, JJ.   Settle order on notice.

FRANCES K. GREENE, Appellant, v. SADIE SALMOWITZ, Respondent.— Judgment unanimously affirmed, with costs.   No opinion.   Present — Young, Rich, Kapper, Hagarty and Carswell, JJ.

CHARLES HANDEL, Respondent, v. CHARLES A. BARRETT, Appellant.— Judgment and order unanimously affirmed, with costs.   No opinion.   Present — Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.

LENA HANDEL, Respondent, v. CHARLES A. BARRETT, Appellant.— Judgment and order unanimously affirmed, with costs.   No opinion.   Present — Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.

In the Matter of the Application of HARRY S. AUSTIN, Respondent, against GUS JOHNSON, Defendant, and F. JARKA Co., INC., and Another, Appellants, to Enforce an Attorney's Lien.— Order fixing lien reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon the ground that the undisputed facts show that the settlement was not made by or on behalf of a party to the action.   Young, Kapper, Hagarty, Seeger and Carswell, JJ., concur.